UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                CASE NO.: 22-14193
                                                             CHAPTER 13

**Jagmohan Vasudeva,**
  Debtor.

**Meena Vasudeva,**
  Joint Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of LoanCare, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

                                                   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                   Authorized Agent for Secured Creditor
                                                   130 Clinton Rd #202
                                                   Fairfield, NJ 7004
                                                   Telephone: 470-321-7112

                                                   By: /s/Aleisha C. Jennings
                                                        Aleisha C. Jennings
                                                        Email: ajennings@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 27, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JAGMOHAN VASUDEVA
6 MIMI DRIVE
MONROE, NJ 08831

MEENA VASUDEVA
6 MIMI DRIVE
MONROE, NJ 08831

And via electronic mail to:

LAW OFFICE OF EUGENE D. ROTH
VALLEY PK. EAST, 2520 HWY 35, SUITE 307
MANASQUAN, NJ 08736

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Ranesha Straker