Form rfiler − ntcrefilerv27.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−14193−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jagmohan Vasudeva | Meena Vasudeva |
| 6 Mimi Drive | 6 Mimi Drive |
| Monroe, NJ 08831 | Monroe, NJ 08831 |

Social Security No.:
    xxx−xx−6355                                xxx−xx−6340

Employer's Tax I.D. No.:

---

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

You are hereby notified that the Clerk has determined that the

- ☑ debtor
- ☑ joint debtor

received a discharge in case number 18−32903 , commenced on 11/19/2018. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

Objections to this matter must be in writing and filed with the Clerk on or before June 15, 2022 at

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

In the event a timely objection is filed, a hearing will be held before the Honorable Judge Christine M. Gravelle on:

DATE:          August 3, 2022
TIME:          9AM
COURTROOM:     3

Dated: May 25, 2022
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-14193-CMG
Jagmohan Vasudeva  Chapter 13
Meena Vasudeva
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1
Date Rcvd: May 25, 2022    Form ID: rfiler    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jagmohan Vasudeva, Meena Vasudeva, 6 Mimi Drive, Monroe, NJ 08831-3528 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Eugene D. Roth | on behalf of Joint Debtor Meena Vasudeva erothesq@gmail.com |
| Eugene D. Roth | on behalf of Debtor Jagmohan Vasudeva erothesq@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4