Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                Case No.: 22−14193−CMG
                                Chapter: 13
                                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jagmohan Vasudeva                             Meena Vasudeva
   6 Mimi Drive                                       6 Mimi Drive
   Monroe, NJ 08831                           Monroe, NJ 08831

Social Security No.:
   xxx−xx−6355                                      xxx−xx−6340

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             7/20/22
Time:            10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: June 14, 2022
JAN: mrg

                                                    Jeanne Naughton
                                                    Clerk, U. S. Bankruptcy Court