Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−14193−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jagmohan Vasudeva
6 Mimi Drive
Monroe, NJ 08831

Meena Vasudeva
6 Mimi Drive
Monroe, NJ 08831

Social Security No.:
xxx−xx−6355

xxx−xx−6340

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 22, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 31 − 28
Order Granting Request for Loss Mitigation (related document:28 Motion for Approval to Participate in the Court's Loss Mitigation Program. Filed by Eugene D. Roth on behalf of Jagmohan Vasudeva, Meena Vasudeva. Hearing scheduled for 9/21/2022 at 09:00 AM at CMG − Courtroom 3, Trenton. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Jagmohan Vasudeva, Joint Debtor Meena Vasudeva). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/21/2022. (rms)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 22, 2022
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14193-CMG |
| Jagmohan Vasudeva | Chapter 13 |
| Meena Vasudeva | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 22, 2022 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| lm | + Email/Text: RASEBN@raslg.com | Sep 22 2022 20:47:00 | Loancare, LLC, c/o Aleisha Jennings, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd., Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LOANCARE LLC ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor MEB Loan Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: orderntc | Total Noticed: 1 |

Eugene D. Roth
    on behalf of Joint Debtor Meena Vasudeva erothesq@gmail.com

Eugene D. Roth
    on behalf of Debtor Jagmohan Vasudeva erothesq@gmail.com

R. A. Lebron
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for MEB Loan Trust bankruptcy@fskslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9