**EUGENE D. ROTH, ESQ.**
2520 Highway 35, Suite 307
Manasquan, NJ 08736
(732) 292-9288
Attorney for Debtors



Order Filed on September 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | CASE NO. 22-14193 |
| Jagmohan and Meena Vasudeva, | CHAPTER: 13 |
| Debtors | JUDGE: Christine M. Gravelle |
| | Hearing Date: 9/21/2022@9:00 |

### ORDER GRANTING REQUEST FOR LOSS MITIGATION

The relief set forth on the following pages, number two (2) through two (2) is hereby ORDERED.

**DATED: September 21, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor: Jagmohan and Meena Vasudeva
Case No. 22-14193 CMG
**ORDER GRANTING REQUEST FOR LOSS MITIGATION**

---

**THIS MATTER** having come before the Court on September 21, 2022 for a Motion to permit the Debtors, Jagmohan and Meena Vasudeva, to file under the Loss Mitigation Program with the United States Bankruptcy Court having considered the certification of the Debtor and good and sufficient cause having been shown; it is hereby

**ORDERED AND DIRECTED**, that the Debtors, Jagmohan and Meena Vasudeva, shall be permitted to file a Notice of Request for Loss Mitigation with the United States Court within __10-____ days of the date hereof.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-14193-CMG
Jagmohan Vasudeva  Chapter 13
Meena Vasudeva
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Sep 22, 2022  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jagmohan Vasudeva, Meena Vasudeva, 6 Mimi Drive, Monroe, NJ 08831-3528 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2022       Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LOANCARE LLC ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor MEB Loan Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eugene D. Roth | on behalf of Joint Debtor Meena Vasudeva erothesq@gmail.com |
| Eugene D. Roth | |

District/off: 0312-3 | User: admin | Page 2 of 2

Date Rcvd: Sep 22, 2022 | Form ID: pdf903 | Total Noticed: 1

|   |   |
|---|---|
| | on behalf of Debtor Jagmohan Vasudeva erothesq@gmail.com |
| R. A. Lebron | |
| | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for MEB Loan Trust bankruptcy@fskslaw.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 9