UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53304
Morton & Craig LLC
William E. Craig, Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney Santander Consumer USA Inc.
dba Chrysler Capital
JM-5630

Order Filed on November 1, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JAGMOHAN VASUDEVA
MEENA VASUDEVA

Case No.: 22-14193

Hearing Date:

Judge: CMG

### ORDER PROVIDING THAT CHRYSLER CAPITAL IS UNAFFECTED BY DEBTORSS' PLAN

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 1, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtorss: Jagmohan and Meena Vasudeva
Case No:   22-14193 (CMG)

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital, with the appearance of Eugene D. Roth, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

1. **That Santander Consumer USA Inc. dba Chrysler Capital ("Chrysler Capital") is the holder of a first purchase money security interest encumbering a 2019 Dodge Grand Caravan bearing vehicle identification number 2C4RDGBG0KR573780.**
2. **That aside from any pre-petition arrears to be paid through the Plan, Chrysler Capital shall be unaffected by the Debtors' Chapter 13 Plan, and Chrysler Capital's lien will not be discharged upon completion of the Plan.**
3. **That the Debtors reserve the right to object to any Proof Of Claim filed by Chrysler Capital in the instant case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14193-CMG |
| Jagmohan Vasudeva | Chapter 13 |
| Meena Vasudeva | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 01, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jagmohan Vasudeva, Meena Vasudeva, 6 Mimi Drive, Monroe, NJ 08831-3528 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LOANCARE  LLC ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor MEB Loan Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eugene D. Roth | on behalf of Joint Debtor Meena Vasudeva erothesq@gmail.com |
| Eugene D. Roth | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 01, 2022 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Debtor Jagmohan Vasudeva erothesq@gmail.com |
| R. A. Lebron | |
|  | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for MEB Loan Trust bankruptcy@fskslaw.com |
| U.S. Trustee | |
|  | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | |
|  | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 9