UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-888

Aleisha C. Jennings (049302015)

Order Filed on November 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Jagmohan Vasudeva,**

  **Debtor,**

**Meena Vasudeva,**

  **Joint Debtor.**

Case No.:  22-14193-CMG

Chapter:  13

Hearing Date: September 21, 2022

Judge:  Christine M. Gravelle

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

  The relief set forth on the following pages, numbered two (2) through four (4), is hereby

ORDERED.

**DATED: November 22, 2022**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**

THIS MATTER having come before the Court on Secured Creditor's, LOANCARE, LLC, Objection to Confirmation of Debtor's Chapter 13 Plan by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 6 Mimi Drive, Monroe, NJ 08831 (the "Subject Property"), and Eugene D. Roth representing Jagmohan Vasudeva and Meena Vasudeva ("Debtor(s)"), and for good cause it is **ORDERED** that Secured Creditor's Objection to Confirmation of Debtor's Chapter 13 Plan is resolved, subject to the following conditions:

For good cause shown, it is **ORDERED** that Secured Creditor's Objection is resolved, subject to the following conditions:

1. This order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2. This Order vacates the Order entered on October 25, 2022 as Docket Entry #42.

3. The Debtor acknowledges the pre-petition arrearage owed to Secured Creditor is $231,531.35 pursuant to Secured Creditor's Proof of Claim 7-1 filed on August 2, 2022.

4. Debtor shall complete the loss mitigation process by December 20, 2022, or as extended by court order.

5. While loss mitigation is pending, Debtor shall remit monthly adequate protection payments to Secured Creditor in the amount of $2,750.00.

6. Secured Creditor shall retain its first mortgage lien on the Property and none of its rights are being modified.

7. The Chapter 13 Trustee shall make payments to Secured Creditor toward the pre-petition arrears while loss mitigation is pending.

8. In the event loss mitigation is denied, the Debtor shall have 15 days from the date decision is rendered to: 1) file an amended Chapter 13 Plan to cure the pre-petition arrears as stated in paragraph 2 above, or 2) to convert the Chapter 13 petition to a Chapter 7 petition, 3)

surrender the property, and/or 4) proceed with this bankruptcy case as deemed appropriate by the court.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-14193-CMG
Jagmohan Vasudeva  Chapter 13
Meena Vasudeva
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Nov 22, 2022 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Jagmohan Vasudeva, Meena Vasudeva, 6 Mimi Drive, Monroe, NJ 08831-3528

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
    docs@russotrustee.com

Aleisha Candace Jennings
    on behalf of Creditor LOANCARE  LLC ajennings@raslg.com

Brian C. Nicholas
    on behalf of Creditor MEB Loan Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor MEB Loan Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Eugene D. Roth
    on behalf of Joint Debtor Meena Vasudeva erothesq@gmail.com

Eugene D. Roth

District/off: 0312-3 — User: admin — Page 2 of 2
Date Rcvd: Nov 22, 2022 — Form ID: pdf903 — Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Debtor Jagmohan Vasudeva erothesq@gmail.com |
| R. A. Lebron |  |
|  | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for MEB Loan Trust bankruptcy@fskslaw.com |
| U.S. Trustee |  |
|  | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig |  |
|  | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 9