Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−14193−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jagmohan Vasudeva
6 Mimi Drive
Monroe, NJ 08831

Meena Vasudeva
6 Mimi Drive
Monroe, NJ 08831

Social Security No.:
xxx−xx−6355

xxx−xx−6340

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 21, 2022.

On April 17, 2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date: May 17, 2023
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 18, 2023
JAN: mmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-14193-CMG
Jagmohan Vasudeva  Chapter 13
Meena Vasudeva
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Apr 18, 2023  Form ID: 185  Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jagmohan Vasudeva, Meena Vasudeva, 6 Mimi Drive, Monroe, NJ 08831-3528 |
| 519621955 | + | AR DIstributors,LLC., 6 Mimi Dr., Monroe Township, NJ 08831-3528 |
| 519621956 | + | Bank of America, c/o KML Law Group, P.C., 216 Haddon Ave Suite 406, Collingswood, NJ 08108-2812 |
| 519621962 | + | Jeff Green, PO Box 285, Colts Neck, NJ 07722-0285 |
| 519621964 | | Loancare, PO Biox 37625, Philadelphia, PA 19101-0628 |
| 519621970 | + | Smoky Barn, 200 Buckelew Ave, Ste C, Monroe Township, NJ 08831-1696 |
| 519663369 | | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245 Trenton, NJ 08695-0245 |
| 519621971 | | TD Bank N.A. F/K/A Commerce Bank N.A., c/o: Fleischer, Fleischer & Suglia, Plaza1000 at Main Street Suite 208, Voorhees, NJ 08043 |
| 519621972 | + | Township of Middlesex, Tax Collector, 1200 Mountain Avenue, Middlesex, NJ 08846-2700 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Apr 18 2023 20:39:00 | Robertson, Anschutz, Schneid, Crane & Partners, PL, 130 Clinton Road, Suite 2, Fairfield, NJ 07004-2926 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 18 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 18 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 18 2023 20:39:00 | LOANCARE, LLC, 130 Clinton Road,, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 18 2023 20:39:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519632051 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 18 2023 20:39:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519645892 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2023 20:43:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519621957 | | Email/Text: enotifications@santanderconsumerusa.com | Apr 18 2023 20:39:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 519621958 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 18 2023 20:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519621963 | | Email/Text: legaldivision@kheaa.com | Apr 18 2023 20:39:00 | KHEAA, PO Box 798, Frankfort, KY 40602-0798 |
| 519673063 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 18 2023 20:39:00 | LOANCARE, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519671704 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

Case 22-14193-CMG    Doc 67    Filed 04/20/23    Entered 04/21/23 00:16:13    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2023 | Form ID: 185 | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| | | Apr 18 2023 20:40:00 | MEB Loan Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519621968 | + Email/Text: RASEBN@raslg.com | Apr 18 2023 20:39:00 | Newrez, c/o Robertson, Anschutz, Schneid Crane, 130 Clinton Rd. Ste 202, Fairfield, NJ 07004-2927 |
| 519666238 | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2023 20:39:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519621965 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 18 2023 20:39:00 | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519621969 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 18 2023 20:40:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Loancare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519621959 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519621960 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519621961 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519621966 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519621967 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2023       Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LOANCARE  LLC ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor MEB Loan Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

Eugene D. Roth
    on behalf of Joint Debtor Meena Vasudeva erothesq@gmail.com

Eugene D. Roth
    on behalf of Debtor Jagmohan Vasudeva erothesq@gmail.com

R. A. Lebron
    on behalf of Creditor Select Portfolio Servicing Inc., as servicer for MEB Loan Trust bankruptcy@fskslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 10