UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

JAGMOHAN VASUDEVA
MEENA VASUDEVA

Debtor

Case No.: 22-14193 CMG

Chapter: 13

Judge: Christine M. Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: The minutes of 5/17/23 confirmation are amended to correct the # of months as follows: PLAN CONFIRMED $16,632.00 PAID TO DATE (12); $1,512.00 FOR 24 MONTHS BEGINNING 6/1/23

Date: 5/23/23

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

rev.8/1/15