|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Jagmohan Vasudeva<br>Meena Vasudeva<br><br>                              Debtor(s) |

Case No.: 22-14193 / CMG

Judge: Christine M. Gravelle

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 8/1/2023, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  8/1/2023                                                                    /s/  Kierstyn Buchanan

                                                                                                        Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Jagmohan Vasudeva<br>Meena Vasudeva<br>6 Mimi Drive<br>Monroe, NJ  08831 | Debtor(s) | Regular Mail |
| Eugene Roth, Esq.<br>Law Office of Eugene D. Roth<br>2520 Highway 35, Suite 307<br>Manasquan, NJ  08736 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |