UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
Select Portfolio Servicing, Inc.,
as servicer for MEB Loan Trust
R.A. LEBRON, ESQ.
SPS2500
bankruptcy@fskslaw.com

| | |
|---|---|
| In Re:<br><br>MEENA VASUDEVA<br> and<br>JAGMOHEN VASUDEVA<br><br> Debtor(s). | Case No.: 22-14193 CMG<br><br>Chapter: 13<br><br>Hearing Date: October 4, 2023<br><br>Judge: HONORABLE CHRISTINE M. GRAVELLE |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled.    ☐ Withdrawn.

Matter: Creditor's Certification of Default re: 6 MIMI DR, MONROE, NJ 08831 filed on July 26, 2023 under docket # 80.

/S/ R.A. LEBRON, ESQ.
R.A. Lebron, Esq.

 Date: September 6, 2023