| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FEIN, SUCH, KAHN & SHEPARD, P.C.<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>Select Portfolio Servicing, Inc., as servicer for MEB Loan Trust<br>R.A. LEBRON, ESQ.<br>SPS2500<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>MEENA VASUDEVA<br> and<br>JAGMOHEN VASUDEVA<br><br> Debtor(s). | Case No.: 22-14193 CMG<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date: October 4, 2023<br><br>Judge: HONORABLE CHRISTINE M. GRAVELLE |

CERTIFICATION OF SERVICE

1. I, Kelly Mastandrea:

    ☐ represent the _____ in this matter.

    ☒ am the paralegal for FEIN, SUCH, KAHN & SHEPARD, P.C., who represents Select Portfolio Servicing, Inc., as servicer for MEB Loan Trust in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On September 6, 2023, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a. Agreed Order on Resolving Creditor's Certification of Default

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| EUGENE D. ROTH<br>LAW OFFICE OF EUGENE D. ROTH<br>VALLEY PK. EAST<br>2520 HIGHWAY 35, SUITE 307<br>MANASQUAN, NJ 08736 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| ALBERT RUSSO<br>STANDING CHAPTER 13 TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650-4853 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |
| MEENA VASUDEVA<br>JAGMOHEN VASUDEVA<br>6 MIMI DRIVE<br>MONROE, NJ 08831 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 6, 2023         /S/ KELLY MASTANDREA
                                 Kelly Mastandrea