| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>Select Portfolio Servicing, Inc., as servicer for MEB Loan Trust<br>R.A. LEBRON, ESQ.<br>SPS2500<br>bankruptcy@fskslaw.com | Order Filed on October 4, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MEENA VASUDEVA<br> and<br>JAGMOHEN VASUDEVA<br><br> Debtor(s). | Case No.:  22-14193 CMG<br><br>Hearing Date: October 4, 2023<br><br>Judge:  HONORABLE CHRISTINE M. GRAVELLE<br><br>Chapter:   13 |

Recommended Local Form  ☒ Followed  ☐ Modified

AGREED ORDER ON RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: October 4, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1. The above-styled Certification of Default regarding 6 MIMI DR, MONROE, NJ 08831, having been scheduled for a hearing before the Court on September 6, 2023, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. FURTHER IT IS HEREBY ORDERED that the Creditor's Certification of Default is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. FURTHER ORDERED that as of August 28, 2023, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| From | To | Monthly Missed Principal | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|
| 10/22/2023 | 10/22/2023 | $1,016.84 | $0.00 | $1,016.84 | $1,016.84 (Suspense balance $0.08) |

**Total: $1,016.76**

4. This arrearage shall be paid as follows:

   Debtor(s) are post petition current.

5. Regular payments in the amount of $1,016.84 to be paid on or before October 22, 2023 and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within 10 days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

Dated this \_\_5th\_\_ day of \_\_September\_\_, 2023

CONSENTED TO BY:

_____
R.A. LEBRON, ESQ.
FEIN, SUCH, KAHN & SHEPARD, P.C.
Attorneys for Movant

_____
EUGENE D. ROTH, Esq.
Attorney for Debtors

4