| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>Select Portfolio Servicing, Inc., as servicer for MEB Loan Trust<br>R.A. LEBRON, ESQ.<br>SPS2500<br>bankruptcy@fskslaw.com | Order Filed on October 4, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MEENA VASUDEVA<br> and<br>JAGMOHEN VASUDEVA<br><br> Debtor(s). | Case No.: 22-14193 CMG<br><br>Hearing Date: October 4, 2023<br><br>Judge: HONORABLE CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

Recommended Local Form  ☒ Followed  ☐ Modified

AGREED ORDER ON RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED.**

**DATED: October 4, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1. The above-styled Certification of Default regarding 6 MIMI DR, MONROE, NJ 08831, having been scheduled for a hearing before the Court on September 6, 2023, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. FURTHER IT IS HEREBY ORDERED that the Creditor's Certification of Default is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. FURTHER ORDERED that as of August 28, 2023, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| From | To | Monthly Missed Principal | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|
| 10/22/2023 | 10/22/2023 | $1,016.84 | $0.00 | $1,016.84 | $1,016.84 (Suspense balance $0.08) |

**Total: $1,016.76**

4. This arrearage shall be paid as follows:

   Debtor(s) are post petition current.

5. Regular payments in the amount of $1,016.84 to be paid on or before October 22, 2023 and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within 10 days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

Dated this 5th day of September, 2023

CONSENTED TO BY:

_____
R.A. LEBRON, ESQ.
FEIN, SUCH, KAHN & SHEPARD, P.C.
Attorneys for Movant

_____
EUGENE D. ROTH, Esq.
Attorney for Debtors

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14193-CMG |
| Jagmohan Vasudeva | Chapter 13 |
| Meena Vasudeva | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 04, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jagmohan Vasudeva, Meena Vasudeva, 6 Mimi Drive, Monroe, NJ 08831-3528 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor LOANCARE  LLC ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Loss Mitigation Loancare  LLC ajennings@raslg.com |
| Brian C. Nicholas | |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Oct 04, 2023     Form ID: pdf903     Total Noticed: 1

             on behalf of Creditor MEB Loan Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
             on behalf of Creditor MEB Loan Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Eugene D. Roth
             on behalf of Debtor Jagmohan Vasudeva erothesq@gmail.com

Eugene D. Roth
             on behalf of Joint Debtor Meena Vasudeva erothesq@gmail.com

Jill Manzo
             on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for MEB Loan Trust jmanzo@spinellalawgroup.com

R. A. Lebron
             on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for MEB Loan Trust bankruptcy@fskslaw.com

U.S. Trustee
             USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
             on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 13