UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 22-14193 |
| Jagmohan Vasudeva and Meena Vasudeva | Chapter: | 13 |
| | Judge: | Christine M. Gravelle |

---

### NOTICE OF PROPOSED PRIVATE SALE

 Jagmohan and Meena Vasudeva , _____ the Debtors _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton |
| | Clerk's Office |
| | Clarkson S. Fisher US Courthouse |
| | 402 East State Street |
| | Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable _____ Christine M. Gravelle _____ on _____ November 15, 2023 _____ at _____ 9 _____ a.m. at the United States Bankruptcy Court, courtroom no. __ 3 __, _____ 402 East State Street, Trenton, NJ 08608 _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| |
|---|
| Description of property to be sold:   6 Mimi Drive, Monroe Township, NJ 08831 |

| |
|---|
| Proposed Purchaser:   John Shinouda and Neveen Shinouda |

| |
|---|
| Sale price:  $875,000 |

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | ReMax/Keller Williams (Brokers); Eugene D. Roth (Attorney) |
| Amount to be paid: | Brokers' Commission - $26,250; Attorney Fee - $2,500 |
| Services rendered: | Attorney services include review of the Contract of Sale, preparation of Attorney Review letters, closing documents and attendance at closing. |
| | The broker secured the purchasers for the real property. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:      Law Office of Eugene D. Roth

Address:      Valley Park East, 2520 Hwy. 35, Suite 307, Manasquan, NJ 08736

Telephone No.: 732-292-9288

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14193-CMG |
| Jagmohan Vasudeva | Chapter 13 |
| Meena Vasudeva | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2023 | Form ID: pdf905 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jagmohan Vasudeva, Meena Vasudeva, 6 Mimi Drive, Monroe, NJ 08831-3528 |
| r | + | Charan Bajwa, RE/MAX One, 3790 U.S. Highway 1, Suite 3, Monmouth Junction, NJ 08852-2447 |
| 519621955 | + | AR DIstributors,LLC., 6 Mimi Dr., Monroe Township, NJ 08831-3528 |
| 519621956 | + | Bank of America, c/o KML Law Group, P.C., 216 Haddon Ave Suite 406, Collingswood, NJ 08108-2812 |
| 519621962 | + | Jeff Green, PO Box 285, Colts Neck, NJ 07722-0285 |
| 519621964 | | Loancare, PO Biox 37625, Philadelphia, PA 19101-0628 |
| 519621970 | + | Smoky Barn, 200 Buckelew Ave, Ste C, Monroe Township, NJ 08831-1696 |
| 519663369 | | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245 Trenton, NJ 08695-0245 |
| 519621971 | | TD Bank N.A. F/K/A Commerce Bank N.A., c/o: Fleischer, Fleischer & Suglia, Plaza1000 at Main Street Suite 208, Voorhees, NJ 08043 |
| 519621972 | + | Township of Middlesex, Tax Collector, 1200 Mountain Avenue, Middlesex, NJ 08846-2700 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Oct 24 2023 22:18:00 | Robertson, Anschutz, Schneid, Crane & Partners, PL, 130 Clinton Road, Suite 2, Fairfield, NJ 07004-2926 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 24 2023 22:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 24 2023 22:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 24 2023 22:18:00 | LOANCARE, LLC, 130 Clinton Road,, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 24 2023 22:18:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 24 2023 22:18:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519632051 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 24 2023 22:18:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519645892 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 24 2023 22:25:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519621957 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 24 2023 22:18:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 519621958 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2023 22:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| 519621963 | | Email/Text: legaldivision@kheaa.com | | |
| | | | Oct 24 2023 22:18:00 | KHEAA, PO Box 798, Frankfort, KY 40602-0798 |
| 519673063 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Oct 24 2023 22:18:00 | LOANCARE, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519671704 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Oct 24 2023 22:19:00 | MEB Loan Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520029662 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Oct 24 2023 22:18:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520029663 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Oct 24 2023 22:18:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 520024282 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Oct 24 2023 22:18:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520024283 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Oct 24 2023 22:18:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519999761 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Oct 24 2023 22:18:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 519621968 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Oct 24 2023 22:18:00 | Newrez, c/o Robertson, Anschutz, Schneid Crane, 130 Clinton Rd. Ste 202, Fairfield, NJ 07004-2927 |
| 519666238 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Oct 24 2023 22:18:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519621965 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Oct 24 2023 22:18:00 | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519621969 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Oct 24 2023 22:19:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| lm | *+ | Loancare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519621959 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519621960 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519621961 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519621966 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519621967 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-3                   User: admin                     Page 3 of 3

Date Rcvd: Oct 24, 2023                Form ID: pdf905              Total Noticed: 32

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2023                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LOANCARE  LLC ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Loss Mitigation Loancare  LLC ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor MEB Loan Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eugene D. Roth | on behalf of Joint Debtor Meena Vasudeva erothesq@gmail.com |
| Eugene D. Roth | on behalf of Debtor Jagmohan Vasudeva erothesq@gmail.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for MEB Loan Trust jmanzo@spinellalawgroup.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for MEB Loan Trust bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 13